(SPACE BELOW FOR FILING STAMP ONLY)

ELI M. KANTOR
ATTORNEY AT LAW
9595 WILSHIRE BOULEVARD, SUITE 405
BEVERLY HILLS, CALIFORNIA 90212
(310) 274-8216
STATE BAR NO. 71411

Plaintiff, SCOTT HOLLAND

Attorney for _____

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HOLLAND, an Individual, <br><br>Plaintiff, <br><br>vs. <br><br>JAMES LEE, an individual <br><br>Defendant. | Case No. 2:22-cv-01311–DMG-(JPRx) <br><br>*Assigned to the Honorable Dolly M. Gee* <br><br>**DECLARATION OF ELI M. KANTOR IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL,** <br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, and Proposed Order] <br><br>Date: August 25, 2023 <br>Time: 9:30 A.M. <br>Place: Courtroom 8C |

1
DECLARATION OF ELI M. KANTOR

## DECLARATION OF ELI M. KANTOR

I, Eli M. Kantor, declare as follows:

1. I am an attorney at law, duly authorized to practice law before this Court. I am familiar with the files, pleadings, and facts in this case, and could and would competently testify to the following facts on the basis of my own personal knowledge or information and belief.

2. I have spoken to Mr. Holland and have corresponded with him. I can attest that there has been an irretrievable breakdown in the Attorney-Client Relationship. Plaintiff has failed to cooperate in the prosecution of this lawsuit. Plaintiff has not responded to phone calls and communication in a timely manner and has failed to follow my advice. Due to my professional obligation and the attorney client privilege, I cannot disclose to the Court all of the specific facts surrounding communications between Scott Holland and myself and the breakdown of the attorney-client relationship. However, if the Court so orders I would be willing to disclose those facts in an "in camera" review. Nevertheless, the conflict of interest and disagreement are such that I can no longer represent Holland in this action.

3. I have complied with all the requirements to withdraw from representation. More specifically, (1) I have taken steps to avoid reasonably foreseeable prejudice to the rights of Holland; (2) I have given due notice to Holland of my intent to withdraw, thereby allowing time for employment of other counsel; and (3) I am ready to transfer

files to new counsel upon granting of this motion. I will endeavor to ensure that the transition to new counsel is as seamless as possible.

4. I have been requesting that Holland substitute me out as counsel of record since November 9, 2022. In a companion case in Arbitration, Scott Holland et al. v. Alatus Aerosystems, AAA Case No. 01-22-0000-0681, Scott Holland substituted my office with Ronald Zambrano, Esq. of the firm West Coast Trial Lawyers, after I had formerly withdrawn from the matter. I transferred his file to Ronald Zambrano for the arbitration matter in an expeditious manner. He has not retained Mr. Zambrano for this matter, at this time.

5. There are no upcoming deadlines in this matter. The parties have not yet formally begun discovery in this case, and the initial scheduling conference has not yet occurred.

6. Mr. Holland has been given notice of this motion by Federal Express as of this 20th day of July 2023, to

Scott Holland
254 North Lake Avenue #873
Pasadena, CA 91101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2023

*/s/ Eli M. Kantor*

ELI M. KANTOR

3
DECLARATION OF ELI M. KANTOR

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

CASE NO.: 2:22-CV-01311-DMG-JPRX

I am employed in the County of Los Angeles, State of California. I am over eighteen (18) years of age, and am not a party to the within action. My business address is 9595 Wilshire Boulevard, Suite 405, Beverly Hills, California 90212. On the date stated below, I served the foregoing documents described as **DECLARATION OF ELI M. KANTOR** on the interested parties in this action as stated below.

Celina Kirchner
Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd. 20th Floor
Sherman Oaks, California 91403
*Counsel for Defendant*

Scott Holland
254 N. Lake Avenue, #873
Pasadena, CA 91101

**XXX BY E-MAIL:** ckirchner@stubbsalderton.com, scottholland67@me.com

**XXX BY MAIL.** I caused such documents to be transmitted *VIA FEDERAL EXPRESS*. I did this by enclosing a true copy of the documents in a sealed envelope, with postage therein fully prepaid, to be placed in the FEDERAL EXPRESS BOX in Beverly Hills, California.

**XXX FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction of the service was made.

Executed July 20, 2023 at Beverly Hills, California.

SIDNEY NORDSTROM