(SPACE BELOW FOR FILING STAMP ONLY)

ELI M. KANTOR
ATTORNEY AT LAW
9595 WILSHIRE BOULEVARD, SUITE 405
BEVERLY HILLS, CALIFORNIA 90212
(310) 274-8216
STATE BAR NO. 71411

Plaintiff, SCOTT HOLLAND

Attorney for _____

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HOLLAND, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES LEE, an individual <br><br> Defendant. | Case No. 2:22-cv-01311-DMG-(JPRx) <br><br> *Assigned to the Honorable Dolly M. Gee* <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** <br><br> [Filed concurrently with Notice of Motion and Motion for Leave to withdraw as counsel, Memorandum of Points and Authorities, and Declaration of Eli M. Kantor] <br><br> Date: August 25, 2023 <br> Time: 9:30 A.M. <br> Place: Courtroom 8C |

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The Motion of Eli Kantor for an order granting Plaintiff Counsel's motion for leave to withdraw as counsel came on regularly for hearing on August 25, 2023. This Court has considered the papers submitted in support of and in opposition to the motion, the authorities cited by the parties, and the arguments of counsel. The Court, hereby **GRANTS** Counsel's Motion to be relieved as counsel for Plaintiff.

The Court also **ORDERS** Counsel to submit proof of service of this signed order on the Plaintiff.

_____

_____

_____

_____

**IT IS SO ORDERED.**

Dated: _____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

CASE NO.: 2:22-CV-01311-DMG-JPRX

I am employed in the County of Los Angeles, State of California. I am over eighteen (18) years of age, and am not a party to the within action. My business address is 9595 Wilshire Boulevard, Suite 405, Beverly Hills, California 90212. On the date stated below, I served the foregoing documents described as **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** on the interested parties in this action as stated below.

Celina Kirchner
Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd. 20th Floor
Sherman Oaks, California 91403
***Counsel for Defendant***

Scott Holland
254 N. Lake Avenue, #873
Pasadena, CA 91101

**XXX BY E-MAIL:** ckirchner@stubbsalderton.com, scottholland67@me.com

**XXX BY MAIL.** I caused such documents to be transmitted *VIA FEDERAL EXPRESS*. I did this by enclosing a true copy of the documents in a sealed envelope, with postage therein fully prepaid, to be placed in the FEDERAL EXPRESS BOX in Beverly Hills, California.

**XXX FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction of the service was made.

Executed July 20, 2023 at Beverly Hills, California.

_____
SIDNEY NORDSTROM