UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-1311-DMG (JPRx) | Date | August 25, 2023 |
| Title | Scott Holland v. James Lee | Page | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER GRANTING MOTION TO WITHDRAW [40]; ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Attorney Eli M. Kantor of Eli M. Kantor Law Offices moves to withdraw as counsel for Plaintiff Scott Holland, which would leave Holland *pro se*. [Doc. # 40.] On August 25, 2023 at 9:30 a.m., the Court held a hearing on the motion. Holland failed to appear, notwithstanding the notice provided to him of the Court's Order requiring his appearance.

"A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. L.R. 83-2.3.2. "The motion for leave to withdraw must be supported by good cause." *Id.*

Kantor served the motion and his declaration in support of the motion on Holland by email and U.S. mail. [Doc. # 40 at 2.] In addition, on July 25, 2023, Kantor filed a declaration stating that he mailed and e-mailed the Court's Order regarding the hearing on the motion to withdraw to Holland. [Doc. # 42 at 5.] Kantor states that he seeks to withdraw on the basis of a breakdown in the attorney-client relationship. California Rule of Professional Conduct 1.16(b)(4) allows an attorney to withdraw if the client's conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively.

Accordingly, the motion is **GRANTED**, provided that Kantor timely files the proof of service described in this Order. Kantor shall serve this Order on Holland and thereafter file a proof of service by **September 1, 2023**. Because Holland will be litigating this matter *pro se* unless he retains new counsel, he must keep the Court apprised of his current mailing address and other contact information. *See* C.D. Cal. L.R. 41-6. Holland will receive service of court filings and orders by mail unless he files an application for electronic filing that the Court approves.[1]

---

[1] *See* Form CV-005, https://www.cacd.uscourts.gov/court-procedures/forms.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-1311-DMG (JPRx)** | Date | August 25, 2023 |
| Title | ***Scott Holland v. James Lee*** | Page | |

### **NOTICE TO PLAINTIFF HOLLAND**

Holland shall be expected to comply with all Court orders, the Local Rules, and the Federal Rules of Civil Procedure.[2]  *See* C.D. Cal. Local Rule 83-2.2.3.  Failure to do so may result in the imposition of sanctions, including but not limited to the dismissal of the action.

### **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Because Holland failed to appear at the hearing on the motion to withdraw, he is **ORDERED** to show cause in writing why this action should not be dismissed without prejudice for failure to prosecute and to comply with a Court Order.  Failure to timely respond to this show cause order by **September 15, 2023** will result in the dismissal of this action.

**IT IS SO ORDERED**.

---

[2] Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.